# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**211**
**CA 16-00916**
PRESENT: PERADOTTO, J.P., CARNI, LINDLEY, CURRAN, AND SCUDDER, JJ.

---

JANINE GALLO, PLAINTIFF-RESPONDENT,

V                                                                ORDER

SCOTT T. WICKS, DEFENDANT-APPELLANT.

---

LAW OFFICES OF JOHN TROP, ROCHESTER (THOMAS P. DURKIN OF COUNSEL), FOR DEFENDANT-APPELLANT.

LAW OFFICE OF J. MICHAEL HAYES, BUFFALO (DEANNA RUSSELL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

--------------------------------------------------------------------------------

Appeal from an order of the Supreme Court, Erie County (John A. Michalek, J.), entered March 21, 2016. The order, among other things, granted the motion of plaintiff for a directed verdict on liability.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered: February 3, 2017                                  Frances E. Cafarell
                                                           Clerk of the Court